1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

JEFFREY E. WALKER,                    )     CASE NO. ED CV 10-1693-UA (PJW)
11                                     )
                    Plaintiff,         )
12                                     )     J U D G M E N T
              v.                       )
13                                     )
DR. SCOTT, et al.,                     )
14                                     )
                    Defendants.        )
15    _____)

16        For the reasons set forth in the Order filed this day, it is

17   hereby adjudged that the action is dismissed.

18        DATED:     March 23, 2010.

19

20                                    _____
                                      AUDREY B. COLLINS
21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28   C:\Temp\notesE1EF34\CV ED 10-1693 UA (PJW) judgmemt.wpd